United States District Court
Southern District of Texas
**ENTERED**
March 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGE O. RILEY and TRENA LEEANN RILEY, *Plaintiffs*, | § § § § |
| v. | §   CIVIL ACTION NO. 4:13-CV-00608 |
| WELLS FARGO BANK, N.A., *et al.*, *Defendants*. | § § § § |

### ORDER

This Court hereby dismisses the Plaintiffs' Motion for Relief, Request for Bill of Review, and Motion for Preliminary Injunction (Doc. No. 37). A final judgment and order of dismissal was entered in this case on January 8, 2014 (Doc. No. 28). All motions for relief from this order were resolved on June 3, 2014. Plaintiffs, now almost five years later, are requesting additional relief. The Court first notes that Rule 60(e) abolished bills of review. With regard to the remaining relief requested, this Court does not have jurisdiction. Rule 60(c) states that any motion requesting relief from a judgment and/or order must be made "no more than a year after the entry of the judgment or order or the date of proceeding." As noted, the instant motion is filed after a delay of almost five years. That being the case, this Court has no jurisdiction. The Plaintiffs' Motion (Doc. No. 37) is dismissed.

SIGNED at Houston, Texas this 25th day of March, 2019.

Andrew S. Hanen
United States District Judge