NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.

**United States Courts**
**Southern District of Texas**
**F I L E D**

**Cause Number** _4:13 - CV - 0608_

*Complete this section so that it looks exactly like the Petition filed in your case.*

**MAR 25 2019**

_GEORGE O. Riley AND TRENA L Riley_ In the: *(check one):*

David J. Bradley, Clerk of Court

☐ District Court

_✓._                                    *Court Number*

☐ County Court at Law

_WElls FArGO BAnk, N.A._

☐ Justice Court (JP)

_____ County, Texas

## Motion to Retain Case on Docket and Notice of Hearing

1. My name is: _George O. Riley_ .

2. I am the: ☒ Petitioner ☐ Respondent   in this case.

3. I ask the court to retain this case on the docket.

4. The reason this case should be retained on the docket is:
   _NEW EVIDENCE HAS COME to light IN this CASE_
   _that Changes the FACtS Alleged by defendant._
   _____
   _____
   _____

5. I intend to continue with this case and to dismiss it now would prejudice me.

6. I ask the Court to Order that this case be retained on the Court's docket and that it remain active and pending.

Respectfully submitted,

_George O. Riley_                          _3-25-19_
Your Printed Name                          Date

_[signature]_                              _(703) 728-1842_
Your Signature                             Phone

_6326 Hedge Maple Ct,_   _Humble_    _TX_    _77346_
Your Mailing Address          City         State    Zip

Your Email Address: _griley0929@gmail.co_   Your Fax # *(if available)*

## Notice of Hearing

The above motion is set for hearing on _APRIL 05, 2019_ at _____ . m.

at the _____ County Courthouse, located at:

_515 Rusk St. Houston, TX 77002_
Physical Address of Courthouse                    City    State    Zip

_____
Signature of Judge or Clerk *(if required in your County)*

# Certificate of Service

I will give a copy of this document to each party or attorney of record on the same day this document is filed with (turned in to) the Court as follows:

*If I file this document electronically,* I will send a copy of it to each party or attorney of record through the electronic file manager if possible. If not possible, I will give a copy to each party or attorney of record in person, by mail, by commercial delivery service, by fax, or by email.

*If I file a paper copy of this document,* I will give a copy of it to each party or attorney of record in person, by mail, by commercial delivery service, by fax, or by email.

_____          3-25-19
Your signature                                          Date