United States District Court
Southern District of Texas
**ENTERED**
April 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE O. RILEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-608 |
| | § | |
| WELLS FARGO BANK, N.A., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiffs' Motion to Retain Case on Docket and Notice of Hearing (Doc. 40), and Defendant Wells Fargo Bank, N.A.'s Response to "Motion to Retain Case on Docket" (Doc. 43). The Court has reviewed the pleadings and applicable law and accordingly finds that Plaintiffs have failed to provide any "new evidence," or legal authorities to merit maintaining or reopening this case. For the reasons previously stated in the Court's March 25, 2019 Order (Doc. 39), it is, therefore

**ORDERED** that the Plaintiffs' Motion to Retain Case on Docket and Notice of Hearing (Doc. 40) is **DENIED**.

SIGNED at Houston, Texas, this 18th day of April, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE