United States District Court
Southern District of Texas
**ENTERED**
April 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE O. RILEY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-608 |
| | § § | |
| WELLS FARGO BANK, N.A., *et al*, | § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is the Motion to Proceed on Appeal *in Forma Pauperis* (Doc. 47) filed by Plaintiffs. The Court has reviewed the pleading and affidavit in support and will grant the motion. Therefore, it is

ORDERED that the Motion to Proceed on Appeal *in Forma Pauperis* (Doc. 47) is GRANTED. Plaintiffs may proceed on appeal *in forma pauperis*.

SIGNED at Houston, Texas, this 26th day of April, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE